March 4, 1983.

458 A.2d 257

Bower, Appellant v. Franchise Stores Realty Corp.

Bower, Appellant v. Carvel Corporation.

Argued October 19, 1982.   Leon H. Kline, for appellant;   Karl Kapp Baldys, for appellees.

Before WIEAND, BECK and MONTEMURO, JJ.

Order affirmed.